**Kurt C. Peterson, OSB #980065**
kurt.peterson@harrang.com
HARRANG LONG P.C.
111 SW Columbia St., Suite 950
Portland, OR 97201
Telephone:     (503) 242-0000
Facsimile:     (541) 686-6564
Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHARLES SPITTLES,**<br><br>        Plaintiff,<br><br>vs.<br><br>**TILLAMOOK FIRE DISTRICT, an Oregon Municipality, and DARON BEMENT, as an individual,**<br><br>        Defendants,<br><br>and<br><br>**AARON BURRIS,**<br><br>        Plaintiff,<br><br>vs.<br><br>**TILLAMOOK FIRE DISTRICT, an Oregon Municipality, and DARON BEMENT, as an individual,**<br><br>        Defendants. | Case No. 3:23-cv-00380-HZ<br><br>**NOTICE OF STIPULATED DISMISSAL**<br><br><br><br>Case No. 3:23-cv-00384-HZ |

Page 1 – **NOTICE OF STIPULATED DISMISSAL**

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of all claims by all parties in *Spittles v. Tillamook Fire District and Daron Bement*, Case No. 3:23-cv-00380-HZ.  Each party to bear its own fees and costs and request that the court enter a final judgment reflecting this stipulation.

DATED this 13th day of December, 2023.

EMPLOYMENT LAW PROFESSIONALS NORTHWEST LLC

By: _____s/Randy J. Harvey_____
Randy J. Harvey, OSB #116714
James E. Gideon, OSB #202871
Patrick G. Conroy, OSB #223806
Of Attorneys for Plaintiff Charles Spittles

HARRANG LONG P.C.

By: _____s/Kurt C. Peterson_____
Kurt C. Peterson, OSB #980065
Of Attorneys for Defendants